H. J. Hampton, Plaintiff in Error, v. W. A. Williams, Defendant in Error.

Writ of Error to Circuit Court, Hillsborough county; Joseph B. Wall, Judge.

*Macfarlane & Glen,* for Plaintiff in Error.

*F. M. Simonton,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Dismissed by the clerk on praecipe of counsel for the plaintiff in error, under authority of Rule 24.